UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID SUASTEGUI, ET AL.,

                Plaintiffs,

- against -

HOPHAPCITY INC., ET AL.,

                Defendants.

22-cv-8275 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 3, 2023.

SO ORDERED.

Dated:    New York, New York
           December 8, 2022

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                          United States District Judge