UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID SUASTEGUI, ET AL.,

                    Plaintiffs,

- against -                        22-cv-8275 (JGK)

HOPHAPCITY INC., ET AL.,              ORDER

                    Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed during this afternoon's telephone conference, the plaintiffs are directed to submit a letter by **January 10, 2023**, stating the plaintiffs' position on whether they will proceed against individual defendants Pusit Siriprakaisak and Somsak Siriprakaisak and whether they intend to file an amended complaint. See ECF No. 32. The action is **stayed** pending a decision on next steps.

SO ORDERED.

Dated:    New York, New York
           December 20, 2022

                                                    John G. Koeltl
                                         United States District Judge