**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

DAVID SUASTEGUI and JOSE LUIS ANGEL BASURTO, individually and on behalf of others similarly situated,

                    *Plaintiffs*,

-against-

BKK FOREST HILLS INC. (D/B/A BANGKOK CUISINE), THAI72 INC. (D/B/A THAI 72), HOPHAPCITY INC. (D/B/A BANGKOK CUISINE), and SUJITRA RUNGRUANGSURIYA,
                    *Defendants*,
------------------------------------------------------------X

Index No.: 1:22-cv-08275-JGK

(PROPOSED) JUDGMENT

WHEREAS on or about May 16, 2023, Defendants BKK FOREST HILLS INC. (D/B/A BANGKOK CUISINE), THAI72 INC. (D/B/A THAI 72), HOPHAPCITY INC. (D/B/A BANGKOK CUISINE), and SUJITRA RUNGRUANGSURIYA extended to Plaintiffs DAVID SUASTEGUI and JOSE LUIS ANGEL BASURTO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Thirty Thousand Dollars and Zero Cents ($30,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about May 16, 2023.

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of <u>Thirty Thousand Dollars and Zero Cents ($30,000.00)</u>.

Dated: New York, New York
       5/16, 2023

_____
JUDGE JOHN G. KOELTL